# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KING A. AWUKU                                                    PLAINTIFF

v.                              No. 4:25-cv-1186-DPM

UNITED FINANCIAL CASUALTY
COMPANY, d/b/a Progressive
Northwestern Insurance Company                                  DEFENDANT

## JUDGMENT

Awuku's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026